UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22360-DPG

CARLOS BRITO,

    Plaintiff,

v.

SUNSET OPPORTUNITIES B1, LLC.,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendant, SUNSET OPPORTUNITIES B1, LLC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this August 23, 2024.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* | *By:* /s/ *Craig A. Wirth* |
| RAMON J. DIEGO | CRAIG A. WIRTH |
| Florida Bar No. 689203 | Florida Bar No. 125322 |
| THE LAW OFFICE OF RAMON J. DIEGO, P.A. | FRANK, WEINBERG & BLACK, P.L. |
| 5001 SW 74th Court, Suite 103 | 1875 N.W. Corporate Boulevard |
| Miami, FL 33155 | Suite 100 |
| Telephone: (305) 350-3103 | Boca Raton, FL 33431 |
| Email: ramon@rjdiegolaw.com | Telephone: (561) 989-0700 |
| *Counsel for Plaintiff* | Email:  cwirth@fwblaw.net |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 23, 2024.

    Respectfully submitted,

    **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___/s/ Ramon J. Diego_____
RAMON J. DIEGO