UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-22360-GAYLES

CARLOS BRITO,

    Plaintiff(s),

vs.

SUNSET OPPORTUNITIES B1, LLC,

    Defendant(s).
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT, SUNSET OPPORTUNITIES B1, LLC

Plaintiff, Carlos Brito, and Defendant, Sunset Opportunities B1, LLC. ("Defendant"), pursuant to the Federal Rules of Civil Procedure, move to dismiss with prejudice the action as a result of the extension of a written Settlement Agreement.

| | |
|---|---|
| **FRANK, WEINBERG, & BLACK, P.L.** | **GARCIA-MENOCAL P.L.** |
| Attorneys for Defendant, D& B Tile of Hialeah | Attorneys for Plaintiff |
| 1875 NW Corporate Blvd., Suite 100 | 350 Sevilla Avenue, Suite 200 |
| Boca Raton, FL 33431 | Coral Gables, FL 33134 |
| Telephone: (561) 989-0700 | Telephone (305) 553-3463 |
| Facsimile: (954) 474-9850 | |
| Email: rslatoff@fwblaw.net | rdiego@lawgmp.com |
| By: *Robert T. Slatoff* | By: *Ramon J. Diego* |
| Robert T. Slatoff, Esquire | Ramon J. Diego, Esquire |
| Fla. Bar No. 816116 | Fla. Bar No. 689203 |
| Dated: August 28, 2024 | Dated: August 30th, 2024 |